UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM DALE DAVIS, | No. 2:19-cv-2130 CKD P |
| Plaintiff, | |
| v. | ORDER AND |
| KIM PETERSON, et al., | FINDINGS AND RECOMMENDATIONS |
| Defendants. | |

On March 16, 2020, plaintiff's complaint was dismissed with leave to amend. Plaintiff was warned that failure to file an amended complaint by the deadline for doing so would result in a recommendation that this action be dismissed. The deadline has passed, and plaintiff has not filed an amended complaint.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court assign a district court judge to this case, and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and

1

1 | Recommendations." Plaintiff is advised that failure to file objections within the specified time
2 | waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir.
3 | 1991).

Dated: July 29, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
davi2130.fta